```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RICHARD SMITH                    :      CIVIL ACTION

    vs.                          :

SUPERINTENDENT, SCI              :      NO. 17-CV-3852
HOUTZDALE, et al.

## ORDER

AND NOW, this 22nd day of August, 2018, upon careful and independent consideration of the petition for Writ of Habeas Corpus, together with the response thereto, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa and the Petitioner's objections to the Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

                                          BY THE COURT:


                                          s/J. Curtis Joyner
                                          J. CURTIS JOYNER, J.